AO 83 (Rev 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| RANDY JAMES (wherever found) | ) Case No. 2:20-cr-40-KS-MTP |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: William M. Colmer Federal Building & U.S. Courthouse 701 North Main Street Hattiesburg, Mississippi | Courtroom No.: 2 |
|---|---|
| | Date and Time: 10/07/2020 2:30 pm |

This offense is briefly described as follows:

ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY

FALSE STATEMENTS ON INCOME TAX RETURN

Date: 09/24/2020

ARTHUR JOHNSTON, CLERK

*L. Regan* (signature)
Issuing officer's signature

L. Regan, Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 10-07-2020

*S. Newell* (signature)
Server's signature

STEPHEN NEWELL DEPUTY U.S. MARSHAL
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Oct 07 2020
ARTHUR JOHNSTON, CLERK

SEP 25 PM 1:3
RCVD